IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.

MARC G. BAKER

INFORMATION

5:22mj30-MJF

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE

That on or about March 29, 2022, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Naval Support Activity, Panama City, Florida, the defendant,

**MARC G. BAKER,**

did knowingly and intentionally possess marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 844(a).

_____ for
JASON R. COODY
United States Attorney

May 13, 2022
DATE

FILED USDC FLND PC
'22 MAY 17 AM 9:03